B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Summit at Copper Square, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-1802640** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**770 West Gladys Avenue**<br>**Suite 208**<br>**Chicago, IL**       ZIP Code **60661** | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP Code | Mailing Address of Joint Debtor (if different from street address):       ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **310 South 4th Street Phoenix, AZ 85004** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **The Summit at Copper Square, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Summit at Copper Square, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Barry A. Chatz**
Signature of Attorney for Debtor(s)

**Barry A. Chatz 06196639**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**Email: bachatz@arnstein.com**
**(312) 876-7100  Fax: (312) 876-0288**
Telephone Number

**October 14, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David T. Wallach**
Signature of Authorized Individual

**David T. Wallach**
Printed Name of Authorized Individual

**Sole Member of W Developments, LLC**
Title of Authorized Individual

**October 14, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **The Summit at Copper Square, LLC**                                  Case No. _____

Debtor(s)                                                                    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **APS**<br>**P.O. Box 2906**<br>**Phoenix, AZ 85062** | **APS**<br>**P.O. Box 2906**<br>**Phoenix, AZ 85062** | | | 16,173.77 |
| **Blinds & Beyond**<br>**24795 North 119th Place**<br>**Scottsdale, AZ 85255-5928** | **Blinds & Beyond**<br>**24795 North 119th Place**<br>**Scottsdale, AZ 85255-5928** | | | 110,000.00 |
| **Bryan Cave**<br>**2 North Central Avenue**<br>**Suite 2200**<br>**Phoenix, AZ 85004** | **Bryan Cave**<br>**2 North Central Avenue**<br>**Suite 2200**<br>**Phoenix, AZ 85004** | | | 161,742.50 |
| **City of Phoenix**<br>**251 West Washington Street**<br>**Phoenix, AZ 85003** | **City of Phoenix**<br>**251 West Washington Street**<br>**Phoenix, AZ 85003** | **Construction Tax** | | 425,550.00 |
| **City of Phoenix**<br>**251 West Washington Street**<br>**Phoenix, AZ 85003** | **City of Phoenix**<br>**251 West Washington Street**<br>**Phoenix, AZ 85003** | | | 425,550.00 |
| **City Publishing (Desert Living)**<br>**2525 East Camelback Road, Suite 120**<br>**Phoenix, AZ 85016** | **City Publishing (Desert Living)**<br>**2525 East Camelback Road, Suite 120**<br>**Phoenix, AZ 85016** | | | 16,500.00 |
| **Denise Resnik & Associates**<br>**717 East Marlyand Avenue #110**<br>**Phoenix, AZ 85014-1561** | **Denise Resnik & Associates**<br>**717 East Marlyand Avenue #110**<br>**Phoenix, AZ 85014-1561** | | | 20,117.80 |
| **Denver Broadband Wireless Provider**<br>**565 East 70th Avenue, Suite 2W**<br>**Denver, CO 80229** | **Denver Broadband Wireless Provider**<br>**565 East 70th Avenue, Suite 2W**<br>**Denver, CO 80229** | | | 42,806.00 |
| **Developer Overhead**<br>**310 South 4th Street, Unit 710**<br>**Phoenix, AZ 85004** | **Developer Overhead**<br>**310 South 4th Street, Unit 710**<br>**Phoenix, AZ 85004** | | | 87,000.00 |
| **Digital Home Lifestyles**<br>**4820 East McDowell Road**<br>**Phoenix, AZ 85008** | **Digital Home Lifestyles**<br>**4820 East McDowell Road**<br>**Phoenix, AZ 85008** | | | 15,319.90 |

B4 (Official Form 4) (12/07) - Cont.

In re **The Summit at Copper Square, LLC**      Case No. _____

                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **FNBN-RESCON I, LLC** c/o Tom Hosier, Stearns Bank 9225 East Shea Boulevard Scottsdale, AZ 85260 | **FNBN-RESCON I, LLC** c/o Tom Hosier, Stearns Bank 9225 East Shea Boulevard Scottsdale, AZ 85260 | **310 South 4th Street Phoenix, Arizona 85004** | | **16,500,000.00** (0.00 secured) |
| **FNBN-RESCON I, LLC** c/o Tom Hosier, Stearns Bank 9225 East Shea Boulevard Scottsdale, AZ 85260 | **FNBN-RESCON I, LLC** c/o Tom Hosier, Stearns Bank 9225 East Shea Boulevard Scottsdale, AZ 85260 | **310 South 4th Street Phoenix, Arizona 85004** | | **11,500,000.00** (0.00 secured) (16,500,000.00 senior lien) |
| **Hirsch Associates** 225 West Hubbard Street, 5th Floor Chicago, IL 60654 | **Hirsch Associates** 225 West Hubbard Street, 5th Floor Chicago, IL 60654 | | | **31,116.00** |
| **Maricopa County Treasurer** 301 West Jefferson Street #100 Phoenix, AZ 85003-2199 | **Maricopa County Treasurer** 301 West Jefferson Street #100 Phoenix, AZ 85003-2199 | | | **16,182.40** |
| **Northwind Chilled Water** P.O. Box 53920 MS 9996 Phoenix, AZ 85072-3920 | **Northwind Chilled Water** P.O. Box 53920 MS 9996 Phoenix, AZ 85072-3920 | | | **122,000.00** |
| **OTL Consulting** 2560 South Jersey Street Denver, CO 80222 | **OTL Consulting** 2560 South Jersey Street Denver, CO 80222 | | | **19,214.38** |
| **Rossmar & Graham** 9362 East Raintree Drive Scottsdale, AZ 85260 | **Rossmar & Graham** 9362 East Raintree Drive Scottsdale, AZ 85260 | | | **88,132.87** |
| **Summit Condominium Association** 310 South 4th Street Phoenix, AZ 85004 | **Summit Condominium Association** 310 South 4th Street Phoenix, AZ 85004 | | | **102,000.00** |
| **Veneklasen Assoc. Sound Engineer** 1711 Sixteenth Street Santa Monica, CA 90404 | **Veneklasen Assoc. Sound Engineer** 1711 Sixteenth Street Santa Monica, CA 90404 | | | **14,407.35** |
| **Wireless Utility Solutions** 6445 East Ohio Avenue #100 Denver, CO 80224 | **Wireless Utility Solutions** 6445 East Ohio Avenue #100 Denver, CO 80224 | | | **15,776.33** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **The Summit at Copper Square, LLC**                                   Case No. _____

                                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Sole Member of W Developments, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 14, 2009**                                Signature  **/s/ David T. Wallach**
                                                                                     **David T. Wallach**
                                                                                     **Sole Member of W Developments, LLC**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

944 Magazine
4253 North Scottsdale Road
Suite 200
Scottsdale, AZ 85251


Ace Water Damage Solutions
P.O. Box 72030
Phoenix, AZ 85050


AM/PM Water Damage Restoration Serv
2122 West Lone Cactus Road, Suite 5
Phoenix, AZ 85027


APS
P.O. Box 2906
Phoenix, AZ 85062


Arrowhead Water
P.O. Box 856158
Louisville, KY 40285


Ben Arnold Photography
27623 North 45th Way
Cave Creek, AZ 85331


Best Design
2627 North Seminary Avenue
Chicago, IL 60614-1310


Blinds & Beyond
24795 North 119th Place
Scottsdale, AZ 85255-5928


Bryan Cave
2 North Central Avenue
Suite 2200
Phoenix, AZ 85004


Chicago Title Insurance
2555 East Camelback Road #500
Phoenix, AZ 85016


Cities West Publishing
8501 East Princess Drive
Scottsdale, AZ 85255

```
City of Phoenix
251 West Washington Street
Phoenix, AZ 85003


City Publishing (Desert Living)
2525 East Camelback Road, Suite 120
Phoenix, AZ 85016


Construction Protective Services
436 West Walnut Street
Gardena, CA 90248


Curtis Ensign
Law Offices of Curtis Ensign, PLLC
202 E. Earll Drive, Suite 490
Phoenix, AZ 85012


David B. Goldstein
Hymson Goldstein & Pantiliat, PC
14646 N Kierland Blvd, Suite 255
Scottsdale, AZ 85254-2737


Denise Resnik & Associates
717 East Marlyand Avenue #110
Phoenix, AZ 85014-1561


Denver Broadband
565 East 70th Avenue, Suite 2W
Denver, CO 80229


Denver Broadband Wireless Provider
565 East 70th Avenue, Suite 2W
Denver, CO 80229


Developer Overhead
310 South 4th Street, Unit 710
Phoenix, AZ 85004


Digital Home Lifestyles
4820 East McDowell Road
Phoenix, AZ 85008
```

E. Jeffrey Walsh
Greenberg Traurig LLP
2375 East Camelback Road
Phoenix, AZ 85016

Early Bert Cleaning Service
2908 West Coronado Drive
Phoenix, AZ 85008-2549

Fastsigns on Central
2517 North Central Avenue
Phoenix, AZ 85004

Fidelity National Title Ins Company
Attn:  Foreclosure Department
60 E. Rio Salado Parkway, #1106
Tempe, AZ 85281

FNBN-RESCON I, LLC
c/o Tom Hosier, Stearns Bank
9225 East Shea Boulevard
Scottsdale, AZ 85260

Frumes, Carey
14456 North 110th Place
Scottsdale, AZ 85255

Hansen Cochrane & Reed
60 Revere Drive
Northbrook, IL 60062

Healthcare Services Corp.
300 East Randolph Street
Chicago, IL 60601

Hirsch Associates
225 West Hubbard Street, 5th Floor
Chicago, IL 60654

Impact Design Associates
1635 B Electric Avenue
Venice, CA 90291

Kitchen Sink Studios
828 North 3rd Street
Phoenix, AZ 85004


Kontakt Magazine (Contact Media)
777 West Roosevelt Street
Phoenix, AZ 85007


Lasso Database Systems
#2258-13353 Commerce Parkway
Richmond, British Columbia
CANADA V6V 3A1


Lazarus & Associates
420 West Roosevelt Road
Phoenix, AZ 85003


Love, Mitch
1713 Burnside Trail
Phoenix, AZ 85085


Maricopa County Treasurer
301 West Jefferson Street #100
Phoenix, AZ 85003-2199


Michael J. Holden
Holden Willits Murphy PLC
Two N. Central Avenue, Suite 1700
Phoenix, AZ 85004


Modular Space
1200 Swedesford Road
Berwyn, PA 19312


Northwind Chilled Water
P.O. Box 53920 MS 9996
Phoenix, AZ 85072-3920


OTL Consulting
2560 South Jersey Street
Denver, CO 80222


Phoenix Broadband
565 East 70th Avenue, Suite 2W
Denver, CO 80229

Phoenix Community Alliance
234 North Central Avenue
Phoenix, AZ 85004


ProCopy Office Solutions Inc.
620 South River Drive
Tempe, AZ 85281


Ricoh
1700 West 10th Place
Tempe, AZ 85281


Rolf Jensen & Associates
668 North 44th Street
Suite 204W
Phoenix, AZ 85008


Rossmar & Graham
9362 East Raintree Drive
Scottsdale, AZ 85260


Safeguard
P.O. Box 5870
Scottsdale, AZ 85261


SmithCraft Signs
3643 South 7th Street
Phoenix, AZ 85040


Stanton Interior Concepts
406 North Aberdeen Street
Chicago, IL 60622


Summit at Copper Square Commercial
770 West Gladys Street
Suite 208
Chicago, IL 60661


Summit Condominium Association
310 South 4th Street
Phoenix, AZ 85004


Sunland Cleaning Services
6740 West Deer Valley Rd D107 #236
Glendale, AZ 85310

```
T-Mobile
P.O. Box 742596
Cincinnati, OH 45274


The Cavanagh Law Firm
1850 North Central Avenue
#2400
Phoenix, AZ 85004


The Weitz Company
5555 East Van Buren Street #155
Phoenix, AZ 85008-3422


The Weitz Company, L.L.C.
5555 East Van Buren Street #155
Phoenix, AZ 85008-3422


Timothy J. Thomason
Mariscal Weeks McIntyre Friedlander
2901 N. Central Avenue, Suite 200
Phoenix, AZ 85012


United Parcel Service
Lockbox 577
Carol Stream, IL 60132


Veneklasen Assoc. Sound Engineer
1711 Sixteenth Street
Santa Monica, CA 90404


Wireless Utility Solutions
6445 East Ohio Avenue #100
Denver, CO 80224
```