**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re:                                    )    Bankruptcy Case No. 09-38271
_The Summit_                              )
                                          )
                                          )
                                          )    Adversary Case No.
                                          )
                                          )

**TRIAL ORDER**
_re Plan Confirmation and Disclosure Statement_

This proceeding having come before the court for pretrial conference or status hearing it is hereby ordered:

1. Discovery shall be noticed so as to be completed on or before _April 6, 2010_.

2. The parties shall exchange witness and exhibit lists and file the lists with the court on or before _April 7, 2010_. All exhibits shall be identified by the numbers proposed to be used at trial.

3. Parties shall not use large format demonstrative evidence if the information can be provided on 8½" x 11" paper.

4. Motions in limine or objections to the admission of exhibits shall be filed on or before _April 9, 2010_.

5. The court will rule on any such motions on _at trial_.

6. No later than 4:30 p.m. on the day before the trial, all parties shall submit copies of their exhibits to the court. The parties must submit their exhibits in pdf format, on CD-ROM, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit.

7. Any listed exhibits as to which there is no objection will be admitted into evidence at the outset of the hearing.

8. Absent extraordinary circumstances, the examination of each witness shall be limited to direct, cross-examination and re-direct.

9. The trial in this matter shall commence on __10:30__ at __April 13, 2010__

~~10. The Debtors~~

10. The Debtors shall file their final amended Plan by March 24, 2010. Any objections and/or Section 1111(b) ~~objections~~ elections shall be filed by April 2, 2010.

Dated: 1 7 MAR 2010

Eugene R. Wedoff
Bankruptcy Judge