**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re:                                    )     Bankruptcy Case No. 09-38271

The Summit                                )

                                          )

                                          )     Adversary Case No.

                                          )

                                          )

**TRIAL ORDER**
re: Plan Confirmation and
Disclosure Statement

This proceeding having come before the court for pretrial conference or status hearing it

is hereby ordered:

1. Discovery shall be noticed so as to be completed on or before April 6, 2010.

2. The parties shall exchange witness and exhibit lists and file the lists with the court on

   or before April 7, 2010. All exhibits shall be identified by the numbers

   proposed to be used at trial.

3. Parties shall not use large format demonstrative evidence if the information can be

   provided on 8½" x 11" paper.

4. Motions in limine or objections to the admission of exhibits shall be filed on or

   before April 9, 2010.

5. The court will rule on any such motions on at trial.

6. No later than 4:30 p.m. on the day before the trial, all parties shall submit copies of

   their exhibits to the court.  The parties must submit their exhibits in pdf format, on

   CD-ROM, with each exhibit as a separate document, and with bookmarks for

   major divisions and for any attachments to the exhibit.

190

7. Any listed exhibits as to which there is no objection will be admitted into evidence at

   the outset of the hearing.

8. Absent extraordinary circumstances, the examination of each witness shall be limited

   to direct, cross-examination and re-direct.

9. The trial in this matter shall commence on ___10:30___ at _April 13, 2010_

10. ~~The Debtor~~

10. The Debtors shall file their final amended Plan by March
    24, 2010. Any objections and/or Section 1111 (b) ~~objections~~ shall
    be filed by April 2, 2010.

Dated: **17 MAR 2010**

Eugene R. Wedoff
**Bankruptcy Judge**